STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2000

____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| PULAA GATOLOAI,     (01), | ) | [21 U.S.C. §§ 841(a)(1), 846] |
|  aka "P," | ) | |
| ANETEREA TUPUOLA,    (02), | ) | |
|  aka "Jay," | ) | |
| FRANK LAINE FEJERAN,  (03), | ) | |
| FOUINA CHARLES TOILOLO, (04), | ) | |
|  aka "Flex," | ) | |
| DURAND B.K. JONES,   (05), | ) | |
| TOLUA SULU UMALEAVA,  (06), | ) | |
| | ) | |
| Defendants. | ) | |

CR00-00484

DAE

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about September 21, 2000, in the District of

Hawaii, PULAA GATOLOAI, also known as "P", did knowingly and

intentionally possess with intent to distribute and distribute in excess of 50 grams of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges that:

From a date unknown, but from at least June, 2000, to on or about December 11, 2000, within the District of Hawaii and elsewhere, PULAA GATOLOAI, aka "P", ANETEREA FELISE TUPUOLA, aka "Jay", FRANK LAINE FEJERAN, FOUINA CHARLES TOILOLO, aka "Flex", DURAND B.K. JONES, and TOLUA SULU UMALEAVA, defendants herein, did conspire with each other, and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS OF ACCOMPLISHING THE CONSPIRACY

1.    The crystal methamphetamine distribution organization consisted of the named defendants and others.  Some of the named defendants provided the methamphetamine, while other defendants supported the organization by distributing the crystal

2

methamphetamine to and within the State of Hawaii as well as by transferring the drug proceeds back to California.

2.    Throughout June, 2000 to and including December, 2000, in Oakland, California, TOLUA SULU UMALEAVA obtained crystal methamphetamine from others.

3.    Once the crystal methamphetamine was ready for transport,  TOLUA SULU UMALEAVA, and others would receive the crystal methamphetamine in the Oakland, California area and transport the drugs secreted in parcels to Hawaii via parcel service businesses.  Once in Hawaii, the drugs would be re-distributed by PULAA GATOLOAI, aka "P", ANETEREA FELISE TUPUOLA, aka "Jay", FRANK LAINE FEJERAN, FOUINA CHARLES TOILOLO, aka "Flex", DURAND B.K. JONES and others.

4.    PULAA GATOLOAI, aka "P", ANETEREA FELISE TUPUOLA, aka "Jay", FRANK LAINE FEJERAN, FOUINA CHARLES TOILOLO, aka "Flex", DURAND B.K. JONES and others would collect the cash proceeds from the sale of the crystal methamphetamine - "ice," and send this money via personal courier to TOLUA SULU UMALEAVA and others in California.


<u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

3

1)    On or about September 19, 2000, Pulaa Gatoloai, through the use of the telephone, negotiated with another person the sale of four (4) ounces of "ice" in exchanged for $3,500 cash per ounce of "ice".

2)    On or about September 20, 2000, Pulaa Gatoloai, through the use of the telephone, arranged for the delivery of the four (4) ounces of "ice" previously discussed on September 19, 2000.

3)    On or about September 21, 2000, Pulaa Gatoloai, boarded Aloha Flight 210 from Honolulu, Hawaii, to Kahului, Maui, arriving at approximately 1:20 p.m.

4)    On or about September 21, 2000, Pulaa Gatoloai, boarded Hawaiian Flight 537 from Kahului, Maui, to Honolulu, Hawaii, arriving at approximately 3:30 p.m.

5)    On or about November 14, 2000, Pulaa Gatoloai, through the use of the telephone, discussed and arranged with Aneterea Felise Tupuola to meet Tupuola and Frank Laine Fejeran later that same evening.

6)    On or about November 14, 2000, at approximately 11:48 p.m., Pulaa Gatoloai met with Aneterea Felise Tupuola and Frank Laine Fejeran at the Mililani Walmart for approximately one hour.

7)    On or about November 15, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Durand B.K.

Jones a prior drug debt as well as the  distribution of two ounces of methamphetamine.

8)  On or about November 15, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Aneterea Felise Tupuola a prior drug debt as well as requesting Tupuola to contact Frank Laine Fejeran and place an order for three ounces of methamphetamine.

9)  On or about November 17, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Tolua Sulu Umaleava the collection of money.

10)  On or about November 18, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Durand B.K. Jones the purchase of one pound of methamphetamine for $30,000. Pulaa Gatoloai, also known as "P", also discussed the quality of his methamphetamine.

11)  On or about November 20, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Tolua Sulu Umaleava the collection of money how the money was going to get to Umaleava.

12)  On or about November 20, 2000, at approximately 5:30 p.m., Pulaa Gatoloai met with Tolua Sulu Umaleava at the Mililani Walmart.

13)  On or about November 21, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Frank Laine

Fejeran the anticipated methamphetamine within the next several days.

14) On or about December 4, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Tolua Sulu Umaleava that the methamphetamine would be arriving in Honolulu, Hawaii December 6, 2000, and that it looked "nice and white".

15) On or about December 6, 2000, Pulaa Gatoloai, through the use of the telephone, discussed with Fouina Charles Toilolo the anticipated methamphetamine within the next several days as well as the current quality of the methamphetamine that they currently possessed.

16) On or about December 6, 2000, Tolua Sulu Umaleava entered a parcel service business in Oakland, California, and presented a package to be delivered to an address in Mililani, Hawaii, Federal Express overnight service. The package contained approximately 1.75 pounds of methamphetamine.

17) On or about December 7, 2000, Pulaa Gatoloai drove to the above Mililani, Hawaii address and took possession of the package that Gatoloai believed contained methamphetamine.

18) On or about December 7, 2000, Pulaa Gatoloai drove to Frank Laine Fejeran's residence and delivered the package to Fejeran.

All in violation of Title 21, United States Code, Section 846.

DATED: ___12/20/00___, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney
District of Hawaii


_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
THOMAS J. BRADY
Assistant U.S. Attorney


United States v. Pulaa Gatoloai, et al.
"Indictment"
Cr. No.